# United States District Court, Northern District of Illinois

MHN

| Name of Assigned Judge or Magistrate Judge | Ronald A. Guzman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 09 C 8054 | **DATE** | 4/12/2010 |
| **CASE TITLE** | FRANKLIN vs. CREDITORS' ALLIANCE, INC. | | |

**DOCKET ENTRY TEXT**

Enter judgment order in favor of Plaintiff and against Defendant in the amount of $4,760.50.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | CG |
|---|---|---|