MHN

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| LIONEL FRANKLIN, | ORDER |
| Plaintiff, | |
| v. | Civil Action No. 09-cv-08054 |
| | Judge Guzman |
| CREDITORS' ALLIANCE, INC., | |
| | Magistrate Judge Cole |
| Defendant. | |

## ORDER

This cause came to be heard by the this Court, after default was entered against Defendant Creditor's Alliance, Inc., and with proper notice, for a prove-up hearing regarding Plaintiff Lionel Franklin's damages in support of default judgment.

IT IS HEREBY ORDERED AND ADJUDGED that judgment is to be entered in favor of Plaintiff Lionel Franklin and against Defendant Creditors' Alliance, Inc. in the amount of:

1) $1,000.00 in statutory damages;

2) $500.00 in actual damages;

3) $410.00 in costs; and

4) $2,850.50 in attorney fees.

The total judgment in favor of Plaintiff and against Defendant is $4,760.50.

4/12/10

_____
U.S. DISTRICT COURT JUDGE
RONALD A. GUZMAN